**SCANNED**

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,
                    PLAINTIFF
_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

AMERICAN EXPRESS COMPANY,
                    DEFENDANT
_____
_____
_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____ 15
DATE FILED: 4/6/10

10 Civ. 2267 (SHS) ( )

**REQUEST TO PROCEED
IN FORMA PAUPERIS
ON APPEAL**

EXHIBIT 2A
EXHIBIT of 8/11/2010 IFP

EMC ENDORSED

PLEASE SEE IFP GRANTED 3/11/2010 BY CHIEF JUDGE USDJ PRESKA EXHIBIT 2A

I, PETER W. LINDNER, _____ , *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: THAT MY OSC ALLEGED "INTENT TO DECEIVE" VIA ¶ 12 OF COMPLAINT, AND ALSO IN MY "PLAINTIFF CROSS-MOTION AND REPLY TO AMEX RESPONSE ON OSC" pages 15/16. THE HON. USDJ STEIN RULED "INTENT TO DECEIVE" COURT BY AMEX'S ATTORNEY CPX WAS/SHOULD HAVE BEEN IN INITIAL COMPLAINT. AMEX'S DECEIT WAS ON 1) AMEX CLAIMING "ORDINARY BUSINESS" WHEN SEC RULE SPECIFICALLY ALLOWS FOR "DISCRIMINATION" AS SHAREHOLDER PROPOSAL 2) AMEX CLAIMING AMEX NEVER STOPPED LINDNER FROM COMMUNICATION TO SEC - PRIOR TO 2009, WHEN AMEX DID SO IN APRIL 2007, BY REQUESTING MJ KATZ WHO ORALLY ORDERED ME NOT TO COMMUNICATE WITH S.E.C.

If you are presently employed?
    a) give the name and address of your employer
    b) state the amount of your earnings per month

a) UNEMPLOYED — START NEW JOB APR. 5, 2010

b) ABOUT $2,000 OR LESS PER MONTH IN UNEMPLOYMENT + FOOD STAMPS. WITH MTGE + MAINT + TAX OF $3,000 PER MONTH

If you are NOT PRESENTLY EMPLOYED: — UNEMPLOYED 7½ MONTHS
    a) state the date of start and termination of your last employment
    b) state your earnings per month
YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

a) START 9/2007 STOP 8/2009 FROM TIME WARNER CABLE, NYC

b) LESS THAN $7,000 PER MONTH

*Rev. 07/2007*

MICROFILMED APR 15 2010 9:00 AM

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

a) Are you receiving any public benefits?    ☐ No.    ☑ Yes, $ 1,700 — UNEMPL
                                                                   250 — FOOD STAMPS

b) Do you receive any income from any other source?    ☐ No.    ☑ Yes, $ 1,000 per month
                                                                  or less from gifts

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.    ☑ Yes, $ 5,000 . (UNDER $2,000 ?)

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.    ☑ Yes,  $ APARTMENT (CONDO) OWNED WORTH $900,000 WITH A MTGE OF UNDER $300,000. I OWN STOCKS (ESTIMATED UNDER $50,000) AND IRA FUNDS (ESTIM, $250,000)

6.  Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.    ☑ Yes,  $ 3,000/MONTH

7.  List the person(s) that you pay money to support and the amount you pay each month.

NONE

8.  State any special financial circumstances which the Court should consider.

I'VE BEEN UNEMPLOYED FOR 7½ MONTHS, AND UNEMPLOYMENT ONLY COVERS HALF MY MORTGAGE. I HAVE BEEN CASHING IN MY IRA'S FOR LACK OF INCCOME FROM WORK.

*Rev. 07/2007*

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___2ND___ day of ___APRIL~~March~~(PL)___ 2010.
      date            month            year

_____
              Signature

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
United States District Judge

DATED:  April 12, 2010
        New York, New York

U.S. DISTRICT COURT
FILED
APR 1 4 2010
S.D. OF N.Y.

*Rev. 07/2007*

3

EXHIBIT 2A    IFP GRANTED 3.11.2010

Case 1:10-cv-02228-JSR-JLC    Document 1    Filed 03/15/2010    Page 1 of 3

JUDGE RAKOFF    10 CV 2228

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Lindner
_____
                    (petitioner/plaintiff)

                        -v-

American Express Company
_____
                (respondent(s)/defendant(s))

I.F.P. GRANTED.
Leave to proceed without payment of fees is
authorized.    28 U.S.C. S 1915.
So Ordered;

MAR 1 1 2010
(Date)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chief Judge

I,    Peter Lindner    _____, am the petitioner/plaintiff in the
above entitled case.  In support of my motion to proceed without being required to prepay fees or
costs or give security therefore, I state that because of my poverty I am unable to pay the costs of
said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1.  If you are presently employed, state the amount of your salary wage per month, and give the
name and address of your last employer.  YOU MUST ANSWER THIS QUESTION EVEN IF
YOU ARE INCARCERATED.

I am unemployed; I was previously employed by Time Warner Cable,  120 East 23rd St, NYC, NY

2.  If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of
the salary per month which you received AND how long the employment lasted.  YOU MUST
ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.  IF YOU HAVE
NEVER BEEN EMPLOYED, SAY SO.

I was employed for 23 months 9/2007-8/2009 at less than $7,000/month by Time Warner Cable

3.  Have you every received, within the past twelve months, any money from any of the following
sources?

|   |   | YES | NO |
|---|---|---|---|
| a. | Business, profession, or form of self-employment? | YES X | NO |
| b. | Rent payments, interest, or dividends? | YES X | NO |
| c. | Pensions, annuities, or life insurance payments? | YES | NO X |
| d. | Gifts or inheritances? | YES X | NO |
| e. | Any form of public assistance? | YES X | NO |
| f. | Any other sources? | YES | NO |

RECEIVED
JAN 29 2010
PRO SE